IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BLANCA GUERRERO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21cv620 |
| | § | CRIMINAL ACTION NO. 4:17cr203(18) |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

This civil action was referred to United States Magistrate Judge Aileen Goldman Durrett. The Report and Recommendation of the Magistrate Judge (Dkt. #4), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were timely filed.[1] The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is **ORDERED** the motion to vacate, set aside, or correct sentence is **DISMISSED** without prejudice for failure to prosecute. It is further **ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

SIGNED this 31st day of July, 2023.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the Report and Recommendation (Dkt. #4) was returned to the Court as Undeliverable, marked "Return to Sender - Refused - Unable to Forward" (Dkt. #5). "A pro se litigant must provide the court with a physical address (i.e., a post office box is not acceptable) and is responsible for keeping the clerk advised in writing of his or her current physical address." Local Rule CV-11(d). Therefore, Movant also failed to prosecute her case by failing to keep the Court apprised of her current physical address.